**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: HEAD v.s. America, U.S.A., INC

FOR

AT

FILED
IN CLERK'S OFFICE
2004 JUN 14 P 1:16
U.S. DIST.

LOCATION NUMBER: N/A

04-40103

PERSON REPRESENTED (Show your full name): Appoint Counsel To; Head

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify): Ser Ct, Rec,

DOCKET NUMBERS
Magistrate: N/A
District Court: N/A
Court of Appeals: N/A

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Ed. Dept. of F.M.C. Devens
IF YES, how much do you earn per month? $ Depend On Hours Many Hours Work
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No  Divorced
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: N/A $17.50 N/A
SOURCES: Brother F.M.C. Devens

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 17.58

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No All Prison and Court Rec. and Laws that apply thereto.
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR
☑ DIVORCED
Total No. of Dependents: NONE
List persons you actually support and your relationship to them: NONE

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: NONE Other Than Ordered By Fed. Court In Asheville N.C.
Creditors / Total Debt / Monthly Paymt.
$900.00 / $25.00 When Able To Pay Prior

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Joseph Marion Head Junior (17549-058)