United States District Court
For The District of Boston, Mass.
Case Number _____

Joseph Marion Head Junior | Complaint
VS
State of North Carolina,
United States of America,
David L. Winn,
Warden - F.M.C. Devens

18 U.S.C. 1201, 42 U.S.C. 1984, 1985, Etc. As Applies.
Reference To State v Head, 74 CR 2403
The Conviction Was Obtain In Violation of The Laws or Constitution of The United States And or of The State of North Carolina, In That
The trial judge was without legal jurisdiction and authority to enter a plea of not guilty on motion and request of the Prosecutor and therefore the sentence imposed was illegally imposed and was unauthorized at the time imposed and therefore The Federal sentence bases thereon is also illegal.

Relief Demanded Pro Se
By Plaintiff Himself

One Zillion Trillion Dollars Tax Free And Complete Lawfull Release.

Joseph Marion Head Junior 17549-056
June 2nd. 2004
Fed. Med. Center Devens, Mass, P.O. Box 879
Ayers, Mass. 01432