UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40103- RGS

JOSEPH MARION HEAD

v.

UNITED STATES; DAVID L. WINN;
STATE OF NORTH CAROLINA

ORDER ON MOTION TO
PROCEED IN FORMA PAUPERIS

March 15, 2005

STEARNS, D.J.

The prison trust account having been submitted, the petitioner would appear indigent and the motion to proceed in forma pauperis would in ordinary course be allowed. The Clerk, however, has notified the court that on March 14, 2005, petitioner paid the $255.00 fee in full.  The motion is therefore MOOT.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE