# United States Court of Appeals
## For the First Circuit

No. 05-1050

JOSEPH MARION HEAD, JR.

Plaintiff - Appellant

v.

UNITED STATES; DAVID L. WINN; STATE OF NORTH CAROLINA

Defendants - Appellees

**JUDGMENT**
**Entered: May 9, 2005**

By notice issued April 20, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by May 4, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

> By the Court:
> Richard Cushing Donovan, Clerk
>
> **JULIE GREGG**
> By:_____
> Operations Manager

[cc: Joseph Marion Head, Jr., Roy Cooper, Esq. and Michael J. Sullivan, Esq.]